UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM,<br>　　　　Plaintiff,<br>　v.<br>TRI-COUNTY HOSPITALITY,<br>　　　　Defendant. | Case No.  21-cv-05291-VKD<br><br>**ORDER RE COMPLIANCE WITH GENERAL ORDER 56; VACATING HEARING**<br><br>Re: Dkt. No. 36 |

　　　　Mr. Gastelum challenges accessibility barriers he claims he encountered at a hotel, the Quality Inn & Suites, allegedly owned or operated by defendant Tri-County Hospitality ("Tri-County") in Gilroy, California.  Mr. Gastelum moves to compel Tri-County's cooperation in performing a joint site inspection, as required by this District's General Order 56.  Dkt. No. 36.  Tri-County opposes Mr. Gastelum's motion, and advises that the joint site inspection was set to take place on January 25, 2023.  Dkt. No. 37.  Mr. Gastelum did not reply to Tri-County's opposition, and no party has advised the Court whether the joint site inspection did, in fact, occur on January 25, 2023.

　　　　Accordingly, the Court orders as follows:

1. The hearing previously set for February 6, 2023 is hereby vacated.
2. The parties shall file a joint status report regarding the status of the joint site inspection by **February 8, 2023.**

**IT IS SO ORDERED.**

Dated: February 1, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Virginia K. DeMarchi_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge