UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO GASTELUM, <br> Plaintiff, <br> v. <br> TRI-COUNTY HOSPITALITY, <br> Defendant. | Case No. 21-cv-05291-VKD <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL** <br> Re: Dkt. No. 49 |

On June 7, 2023, the parties filed a notice informing the Court that they had reached a settlement in this matter. Dkt. No. 49. All previously scheduled deadlines and appearances in the case, including the case management conference scheduled for July 11, 2023, are vacated.

On or before **August 10, 2023**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Rule 41(a)(1)(A) permits the plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because the defendant has responded to the complaint, the parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **August 15, 2023** at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **August 11, 2023** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and

file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

**IT IS SO ORDERED.**

Dated: July 11, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge