UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FERNANDO GASTELUM, | Case No. 21-cv-05291-VKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE, ADMONISHING PARTIES AND COUNSEL** |
| TRI-COUNTY HOSPITALITY, | Re: Dkt. No. 50 |
| Defendant. | |

On July 7, 2023, the parties filed a notice informing the Court they had reached a settlement in this matter. Dkt. No. 49. In response, the Court issued an order to show cause why the case should not be dismissed. Dkt. No. 50. It directed the parties to file a stipulated dismissal by August 10, 2023, or to file a statement by August 11, 2023 and appear at a show cause hearing on August 15, 2023. *Id.* No stipulation or statement has been filed, and neither party appeared at the hearing.

Accordingly, the Court dismisses this case without prejudice pursuant to Rule 41(b). The parties, Fernando Gastelum and Tri-County Hospitality, and defense counsel Philip Stillman, are hereby admonished for their failure to comply with the Court's order to show cause.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 15, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge